**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACQUELINE M. KUBE,<br><br>    Appellant,<br><br>        v.<br><br>MARSHALL SILVERSTEIN,<br><br>    Appellee. | CIVIL ACTION NO. 3:CV-14-1679<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 28th day of August, 2015, **IT IS HEREBY ORDERED** that the May 16, 2014 Order of the United States Bankruptcy Court for the Middle District of Pennsylvania is **AFFIRMED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark the case as **CLOSED**.

                                       /s/ A. Richard Caputo
                                       A. Richard Caputo
                                       United States District Judge